NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**CHART TRADING DEVELOPMENT, LLC,**
*Appellant*

**v.**

**INTERACTIVE BROKERS LLC, NINJATRADER GROUP, LLC, NINJATRADER, LLC, TRADESTATION GROUP, INC., TRADESTATION SECURITIES, INC., TRADESTATION TECHNOLOGIES, INC.,**
*Appellees*

―――――――――――

2018-1102, 2018-1104

―――――――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2016-00038, CBM2016-00039.

―――――――――――

## JUDGMENT

―――――――――――

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by JUSTIN LOFFREDO, TIMOTHY P. MCANULTY.

DANIELLE J. HEALEY, Fish & Richardson, PC, Hou-

ston, TX, argued for all appellees. Appellees TradeStation Group, Inc., TradeStation Securities, Inc., TradeStation Technologies, Inc. also represented by BAILEY KATHLEEN HARRIS; MARIA ELENA STITELER, Minneapolis, MN; ADAM J. KESSEL, Boston, MA; JOHN C. PHILLIPS, San Diego, CA.

MICHAEL T. ROSATO, Wilson, Sonsini, Goodrich & Rosati, PC, Seattle, WA, for appellee Interactive Brokers LLC. Also represented by MATTHEW A. ARGENTI, Palo Alto, CA.

BENJAMIN LIEB, Talus Law Group LLC, Denver, CO, for appellees NinjaTrader Group, LLC, NinjaTrader, LLC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 17, 2018          /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                    Clerk of Court